IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA
TULSA DIVISION

| | |
|---|---|
| Tennyllia Barnett, | ) )  ) Case No: 4:24-cv-00181-JFJ ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| DISA Global Solutions, Inc. d/b/a DISA, | ) ) |
| Defendant. | ) ) ) ) |

**STIPULATION OF VOLUNTARY DISMISSAL WITH
PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED**, by and among Plaintiff Tennyllia Barnett and Defendant DISA Global Solutions, Inc. d/b/a DISA, by and through their undersigned attorneys, that the above-captioned action be, and hereby is, dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

Dated: September 10, 2024

| | |
|---|---|
| **SEYFARTH SHAW LLP** | **SANDERS LAW GROUP** |
| *By: /s/ Alan J. Marcuis* | *By: /s/ Craig B. Sanders* |
| Alan J. Marcuis, Esq. | Craig B. Sanders, Esq. |
| 2323 Ross Avenue, Suite 1600 | 333 Earle Ovington Boulevard, Suite 402 |
| Dallas, Texas 75201 | Uniondale, NY 11553 |
| Tel: (469) 608-6700 | Tel: (516) 203-7612 |
| Email: amarcuis@seyfarth.com | Email: csanders@sanderslaw.group |
| *Attorneys for Defendant DISA Global Solutions, Inc.* | File No.: 129876 |
| | *Attorneys for Plaintiff* |